**Appeal Dismissed and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00347-CR

## EX PARTE MICHAEL WAYNE BROWN

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1638981**

## MEMORANDUM OPINION

On July 8, 2021, this court notified the parties there is no appealable order in the appellate record of this case and the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. The response fails to demonstrate that this court has jurisdiction to entertain the appeal.

We dismiss the appeal and deny appellant's motion to extend time to file a brief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)